[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAR 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey

_____,

Plaintiff(s),

vs.

Northern Illinois University

_____,

Defendant(s).

Case No.

1:25-cv-02922
Judge Charles P. Kocoras;
Magistrate Judge Gabriel A. Fuentes
Cat 2 random assignement

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Gardell Delmaro Yancey.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
        (name, badge number if known)

☐ an officer or official employed by _____;
        (department or agency of government)

_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
       (month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of _____,

State of Illinois, at _____,
       (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____.

8.  Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____.

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

    _____.

    ☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3-19-25

United States District Court For The Northern District Of Illinois
Reason to file a Lawsuit

I am notifying the United States District Court For The Northern District Of Illinois about questionable activity that have occurred with Northern Illinois University with the alleged charges of Bill of Attainder, Title IV of the Civil Rights Act of 1964, Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Official Misconduct, Obstruction of Justice, Illegal Entry, Intimidation, Discrimination, Retaliation, Collusion and 911 Emergency Service. On 9-24-23, an attempted brake and entry happened at Northern Illinois University's Neptune North Residence Hall, while I was in the room. For approximately 15 to 20 minutes I was trapped by an African American male around six feet five inches tall, 260 pounds about the age of 19, kicked the door for a break-in. I was not able to call the police, because the University did not provide a phone within the room to use the 911 service. Fortunately, I was able to send an email with my laptop to the University's Department of Police and Public Safety, however no officer replied from the request. The attacker then left after not being able to enter the quarters. The following day, I was able to notify the Department of Police and Public Safety within Northern Illinois University, to where discrepancies took place. This led me to file an Officer Complaint with the department regarding their response to the incident. Evidence of this experience is provided to the Court as support to my claims, excluding the email sent to the department missing from the Freedom Of Information Act request given. I am asking the Court for the compliancy of Northern Illinois University with the Federal Communications Commission of providing 911 Emergency Services for its students within the institution. In addition, the standards of Title IV of the Civil Rights Act of 1964 and Title VI of the Civil Rights Act of 1964 with the United States Government of receiving funding of possible violations. A complaint was file with Federal Communications Commission on 3-14-25 regarding this matter with no response to date. The Plaintiff is seeking damages of $700 Million from the court as a remedy.

Sincerely,
Gardell Yancey
2030 Sycamore Ave
Hanover Park, IL 60133
gyancey2002@yahoo.com

Case: 1:25-cv-02922 Document #: 1 Filed: 03/19/25 Page 5 of 13 PageID #:5

| | |
|---|---|
| **Northern Illinois University**  | |
| **Department of Police & Public Safety** | |
| CFS#: | 002023016361 |
| Type: | 001 Information Report |
| Offense/Activity Type: | Other Public Service |
| Subject: | Initial Report |
| Case Status: | 04 Closed Non-Criminal |
| Date Written: | Wednesday, September 20, 2023 |
| Submitted By: | Officer Adan Gonzalez #2301 |
| Preliminary Review Supervisor Approval: | Sgt. D. Jackson #1800 |
| Case Review Supervisor Approval: | Commander Votaw #0501 |

On Wednesday, September 20, 2023, at approximately 0743 hours, while on patrol traveling eastbound on Lucinda Ave, I was flagged down by a male later identified as Gardell D. Yancey who was standing in front of the NIU Police Department west of the exterior entrance doors.

I met with Gardell at the NIU PD lobby, and he stated the following in summary not verbatim:

> On Wednesday September 20, 2023, at approximately 0142 hours, Gardell entered Neptune North Lobby and saw a group of approximately 4 males and 1 female playing dice by the corridor. Gardell walked to his room located on the third-floor room 306, when an unknown male from the group asked him "what's in your mind". Gardell described this male as a black male, approximately 6'4", wearing all black clothing, with a medium-length fade hairstyle.
>
> Gardell ignored the group and went into his room. The unknown male then followed him. Gardell entered his room 306 and the unknown male told him, "You have my cellphone". Gardell did not reply and then heard someone pounding his room door as if they were kicking it. Since Gardell did not open the door, the unknown male left the area. The male pounded on the door for approximately 10 minutes. Gardell could not call the police since he does not have a phone. Gardell did not feel threatened, but he does feel harassed.
>
> Gardell mentioned he checked the door after and did not see any damage to the door. Gardell wanted to report this incident to keep record in case the unknown male approaches his room again. Gardell stated he would recognize the male if he saw him again.

Officer Folz and I told Gardell we will be checking Neptune North surveillance cameras to see if we can observe the group and identify the unknown male. I told Gardell I will follow up with him. I thanked Gardell and he left the NIU PD lobby. Officer Folz and I resumed normal patrol.

Of note, on Wednesday, September 20, 2023, at approximately 0222 hours, NIU Police officers were dispatched to Neptune North, rooms ▮ and ▮ in reference to a group of individuals

Page 1 of 2

wanting to fight. (CFS 23-16357, see Officer Garcia-Martinez #2200's report for more information.) An unidentified male known as "███" was involved with that call. It is possible this incident could be related.

Officer Folz and I checked for any surveillance cameras at Neptune North third floor with negative results for any cameras.

On September 20, 2023, at approximately 1800 hours, Gardell came to the NIU PD to report on the same group on the third-floor hallway playing dice.

Officer Folz and I went to Neptune North third floor. I observed a group of students on the third-floor study room talking and laughing. I did not see anything concerning of.

End of Report
AG-2301

*[signature: Gardell Yancey]*

10-1-23

Northern Illinois University
President
Dr. Lisa C. Freeman
Student Complaint

Hello Lisa, since attending Northern Illinois University, I have experienced discrepancies from various departments in the school. Efforts have been made to resolve these issues, however it still remained. Contained below are the occurrences that happened, which to be addressed thank you:

**Possible Harassment:** I have experienced harassment from students in the Neptune North Residence Hall to where I reside. Multiple reports have been made by me regarding the events with the *Police and Public Safety* department. For example on 9-26-23, there were students seen playing dice gambling on the third floor in the residence hall next to my room. I immediately went to the Police station to report the incident, to where Sergeant RaMon Holland addressed my concern. Questionable comments were made by the officer that took minutes to resolve before a dispatch was even sent to the place of the complaint. The video of this occurrence is available through the Sergeant's body camera. There was also a similar incident involving a dice game, which happened days earlier in the same place with students that included the police. The department has a report of this crime on record, which escalated into an attempted break and entry. Furthermore, there has been another occurrence of harassment, which happened at the Patterson Complex that resulted as a battery on 9-27-23. The responding officer to the incident had a discrepancy with his arrival time. The ensue could have been of catastrophic consequence with John Campbell appearing 13 minutes after the emergency phone call. A record of this event is at the police department.

The *Dining Services* also had an occurrence to where staff used questionable rules, while serving my food at the Neptune Hall cafeteria. I was told by an employee that there was a one scoop limit when selecting an item. The manager was alerted immediately to the scene, in which she concurred with the act. However, there were no signs posted stating that rule, also including that it was a buffet menu. The manger refused to give her name, after the request was given for the record.

**Phone Services:** In connection with a Harassment and attempted Brake and Entry incident, in which I was trapped while the perpetrator was attempting to gain entrance into my room at the Neptune North Residence Hall on 9-24-23. The person kicked the door for approximately 15 to 20 minutes in anger. I was not able to notify the police until the following day. I am petitioning the school for students to have the ability to use a phone in their room for emergency purposes.

**Health Insurance Concern:** Upon reading the material in the tuition contract, I noticed that an automatic bill was to be charged to me on 9-28-23 regarding health insurance if the *opt out* selection was not chosen. To understand it further, I visited the Health Services Building to inquire about it with a nurse to assist me with the plan. However, there were possible problems with the way the University notified me/students about the policy including HIPAA rights violations that may have occurred.

**Office of the Bursar Student Loan Payment:** On 9-14-23, I received an email stating that" A late payment fee of 1.08% will be assessed to any unpaid, past-due balance after September 28, 2023." However according to Federal Student Aid, all loans are deferred until six-months after you graduate or stop school. That includes all interest during this grace period. I would like an inquiry into the fee charged to me explained in writing.

**Office of the Bursar/Money Owed:** In April/2001, approximately $400 was paid towards an event, to which money was owed to me by the Bursar office. I spoke to Susan Riebe regarding the manner including the organization I was Vice President with and that was Believing In Culture of the Campus Activities Board. I was told by her that the Bursar office did not have the ability to research my inquiry. That is when I asked for a manager to where Ashley Upton replied. She too concurred that the office did not have the ability to handle my concern, even after explaining how the process was done then with a ledger.

**Grading From Teachers Discrepancies:** The concerns I have with teachers' are their promptness when grading assignments. I felt if done faster that it would be beneficial with the preparedness of the material for tests. In addition, there were also discrepancies in the way school work were graded that need to be address.

**Separation Between Church and State:** On campus, there have been many questionable examples of possible violations between church and state. I have been a personal witness to religious advertisement and events on campus.

**Dining Services Possible Health Risks:** There are multiple examples of questionable occurrences of possible health risks with Dining Services that I personally witnessed. It was brought to the attention of the Neptune Hall Dining Services Unit Manager Terri Mann-Lamb who made questionable statements regarding the manner.

**Dining Services Suggestions/Complaints:** Unit Manager of the Neptune Hall Dining Services Terri Mann-Lamb was contacted about having a microwave for non-allergen students. I was told that one would to be giving to the Neptune Hall by her, however it has been several days without a response. There were also discrepancies with the ice cream machine being out of order on numerous occasions. In addition, there were questionable moments as well during the process with Terri. I notified the Executive Director of Housing and Residential Services/Division of Student Affairs Daniel Pedersen about the situation on 9-26-23.

**Suggestions For The University:**
- Huskie Den to be open on Saturdays, alone with comparable pricing in bowling
- Extended hours for the Recreational Center especially on the weekends
- New Orleans Room at the Stevenson Hall to be open with extended hours
- Extended hours for the Game Room in Patterson Hall
- Stir Fry Section & Nacho Cheese Dipping Sauce with the Dining Services in the halls
- Television request/control in all Residence Hall's Dining Services

*[Signature]*

1-16-24

Northern Illinois University
Ethics and Compliance Office
Title IV
Student Complaint

To whom it may concern, since attending Northern Illinois University, I have experienced discrepancies from various departments in the school. Efforts have been made to resolve these issues, however it still remained. This is a similar letter that was sent to the President and Ombudsperson's office with some additions. Contained below are the occurrences that happened, which needed to be addressed regarding possible Title IV Of The Civil Rights Act Of 1964 violations, thank you:

**Possible Harassment:** Since the Fall Semester of 2023, I have experienced harassment from students in the Neptune North Residence Hall to where I reside. Multiple reports have been made by me regarding the events with the Police and Public Safety Department. For example on 9-26-23, there were students seen playing dice gambling on the third floor in the residence hall next to my room. Comments were made by the people involved, to where I immediately went to the Northern Illinois University's Police station to report the incident. Sergeant RaMon Holland appeared to address my concern in the station. Questionable comments were made by the officer that took several minutes to resolve before a dispatch was sent to the place of the complaint. The video of this occurrence is available through the Sergeant's body camera as evidence of my claims. There was also a similar incident involving a dice game, which happened days earlier in the same place with students that included the police. The department has a report of this crime on record, which escalated into an attempted break & entry that is explained further in a different section. As well was another occurrence of harassment, which happened at the Patterson Complex that resulted as a battery on 9-27-23. The responding officer to the incident had a discrepancy with his arrival time. The ensue could have been of catastrophic consequence with Officer John Campbell appearing 13 minutes after the emergency phone call was placed. A record of this event is at the police department filed as a complaint. Lastly, were an occurrence that happen on 10-1-23 to where a previous offender was involved in an attempted break-in into my room at the Neptune North Residence Hall. I immediately took a video of the people who participated in the incident. Then I went to the police department to report the crime, in which I spoke to Officer Julia Garcia-Martinez. The department has evidence of the occurrence on video for review.

These instances also occurred at sporting events on campus, to where questionable actions happened with Staff, Police and Patrons. For example, I attended a Women's Basketball game at the Convocation Center on 1-3-24, to where I sat in the audience alone enjoying the game. Shortly after, event staff approached me asking did I have a reserve pass for this section in the general area. I said no and asked if there was a sign stating that it was a policy. The staff member pointed at a small sign placed on the other side of the section on a railing that was barely visible. I also noticed that there were no staff there to monitoring the area prior to sitting. In addition while talking with the staff member, I witnessed other patrons sitting in the area. One person that stayed in the sector was asked but did not present a pass and was permitted to remain in the section. I then asked if I could see the requirements that allowed people to sit in the reserved zone, to of which the staff member did not answer. I then requested for a manager, to where Jen appeared who did not state that she was a supervisor when said in the conversation. She was asked of an example of a reserve pass, in which she did not present. Jen then walked to the police to assist in the conversation, to where I stated that I asking her of an example to resolve the concern of possible discrimination. I stated to the party, including Officers Barnett and Buckley about evidence to be provided, when Jen stated that the "reserve pass" was labeled on the ticket. That is when I requested again to see the proof, to where none was provided. Officer Buckley then approached and spoke to me stating that he would count to 10 for me to have a seat. As I approached toward the audience, he was approximately on the count of 4, when he grabbed my right arm and told me to leave the event. I immediately left the Convocation Center as requested with no discrepancies. During the incident, questionable statements were said by police and staff. I am requesting that the body cameras of the officers, be reviewed for evidence of my claims.

**Phone Services:** In connection with a Harassment and attempted Brake and Entry incident on 9-24-23, I was trapped inside of my room, while a perpetrator was attempting to gain entrance at the Neptune North Residence Hall. The person kicked the door for approximately 15 to 20 minutes in anger. I was not able to notify the police until the following day. However, an email was sent to the department, while the incident was happening with no response. I am petitioning the school for students to have the ability to use a phone in their room for 911 emergency purposes.

**Health Insurance Concern:** Upon reading the material in the tuition contract, I noticed that an automatic bill was to be charged to me on 9-28-23 regarding health insurance if the *opt out* selection was not chosen. To understand it further, I visited the Health Services Building to inquire about it with the Division of Administration & Finance-Health Services Medical Insurance Assistant Manager Rhonda Vardman to assist me with the plan. However, there were possible problems with the way the University notified me/students about the policy. Including Health Insurance Portability and Accountability Act rights violations that may have occurred with Rhonda regarding the process of opting out of health insurance.

**Office of the Bursar/Financial Aid and Scholarship Office:** There is also a concern about my Student Loan Balance, which should have sent to my lenders for deferment. I spoke with the **Financial Aid and Scholarship** Director Samantha McCarron, Associate Director Sharon Collins and **Bursar** Office Director Miesha Daley about my concern, to where questionable statements were made by both regarding the balance with the University. I tried for multiple months to resolve the discrepancies that caused a hold with the school preventing me from registering for the Spring of 2024 Semester. This was explained to both departments, in which I was given documentation that highlighted my point for a solution, however the problem still persisted. During this time, I incurred late fees that are now near the maximum availability of Financial Aid totaling $12,500. Moreover, there is another issue that needed to be addressed and that is a Pell Grant Award of $5,700 that was not included in the documents given, in which I call into question. Staff management was notified from both offices about the occurrence with no inquiry.

**Office of the Bursar/Money Owed:** In April/2001, approximately $400 was paid towards an event, to which money was owed to me by the Bursar office. I spoke to Collection Specialist Susan Riebe regarding the manner of the organization I was Vice President with and that was Believing In Culture of the Residential Housing Association. I was told by her that the Bursar office did not have the ability to research my inquiry. That is when I asked for a supervisor, to where the Assistant Collection Manager Ashley Upton replied. She too concurred that the office did not have the ability to handle my concern, even after explaining how the process was done then with a ledger.

**Grading From Teachers' Discrepancies:** The concerns I have with teachers' are their promptness when grading assignments. I felt if done faster that it would be beneficial with the preparedness of the material for tests. Also, there were discrepancies in the way school work were graded that need to be address. This extended to all of the teachers for the Fall Semester of 2023, to where questionable grades were given for the classes. This caused me to be on Academic Probation, which resulted in me filing Grade Appeals with the Dean of Liberal Arts & Sciences Robert Brinkmann. He then transferred the process to the Associate Dean of Undergraduate Affairs-College of Liberal Arts & Sciences-College of Psychology Amanda Durik, to where questionable actions occurred for several weeks with no established date to resolve the concern. She then forwarded the process to the Assistant Chair of Political Science April Clark to where it is currently.

**Separation Between Church and State:** On campus, there have been many questionable examples of possible violations between church and state. I have been a personal witness to religious advertisement and events on campus.

**Dining Services Suggestions/Complaints:** The *Dining Services* also had an occurrence to where staff used questionable rules, while serving my food at the Neptune Hall cafeteria. I was told by an employee that there was a one scoop limit when selecting an item. The manager was alerted immediately to the scene, in which she concurred with the act. However, there were no signs posted stating that rule, given that it was a buffet menu. The manger refused to give her name, after the request was given for the record. Similar instances happened on **11-22-23, 11-29-23, 12-1-23, 12-11-23, 12-15-23, 1-12-24** and **1-13-24**. Emails of these occurrences were sent to the President Lisa C. Freeman, Executive Vice President and Provost Laurie Elish-Piper, Assistant Vice President and Dean of Students Kelly Olson, **Ombudsperson** Sandra Cox, Aimee Walker, **Patterson Hall**: Residence Hall Director Kayce Consolino, Graduate Staff Assistant Housing Residential Services Carlos Fonseca, Graduate Student Marissa Licea, Residential Dining Unit Manager Brian Pringnitz, Manager Unknown, Assistant

Food Service Manager Janie Legoretta, Manager Hervhita Shubhakeor, Graduate Student Sarmista Thalapaneni and Cook Vicki Beyer with no response to my concerns.

**Dining Services Possible Health Risks:** There are multiple examples of questionable occurrences of possible health risks with Dining Services that I personally witnessed. It was brought to the attention of the Neptune Hall Dining Services Unit Manager Terri Mann-Lamb who made questionable statements regarding the manner. Employees from that hall were seen handling food without gloves. This also extended to another dining hall at the Patterson Complex, to where a manager was seen on 1-13-24 taking the same actions. The same manager was observed not following the one scoop policy that was explained to me by her in an earlier incident with the University at the food service counter. She too refused in a number of occasions to give her name including questionable activities involving complaints. Also on 1-14-24, evidence of uncooked and prepared food, was offered to students for consumption. I had to microwave my sandwich and add condiments from the salad bar to complete my meal. I am requesting an inquiry of the instance to avoid serious health problems of its patrons.


Sincerely,
Gardell Yancey
Z012652@students.niu.edu

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Attached letter

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury.  ☐ Yes  ☒ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Gardell Yancey*

Plaintiff's name *(print clearly or type)*: Gardell Delmaro Yancey

Plaintiff's mailing address: 2030 Sycamore Ave.

City: Hanover Park     State: IL     ZIP: 60133

Plaintiff's telephone number: (   )  _____.

Plaintiff's email address *(if you prefer to be contacted by email)*: gyancey2002@yahoo.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]