ILND 44 (Rev. 08/23)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS
Gardell Delmaro Yancey

**(b)** County of Residence of First Listed Plaintiff: Cook
*(Except in U.S. plaintiff cases)*

**(c)** Attorneys *(firm name, address, and telephone number)*

## DEFENDANTS
Northern Illinois University

County of Residence of First Listed Defendant:
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [x] 3 Federal Question (U.S. Government not a party.)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only.)

## IV. NATURE OF SUIT
- [x] 440 Other Civil Rights
- [x] 830 Patent

**FILED MAR 19 2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cv-02922
Judge Charles P. Kocoras
Magistrate Judge Gabriel A. Fuentes
Cat 2 random assignement

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
911 Service Violation

## VIII. REQUESTED IN COMPLAINT:
Jury Demand: [x] No

Date: 3-19-25

Signature of Attorney of Record: Gardell Yancey