UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Gardell Delmaro Yancey
                              Plaintiff,

v.                                       Case No.: 1:25–cv–02922
                                               Honorable Charles P. Kocoras

Northern Illinois University
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court has learned that Plaintiff Yancey is a restricted filer. The Court refers this matter, including the pending motion [4] and [6] to the Executive Committee. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.