9c

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
MAR 31 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Gardell Delmaro Yancey
Plaintiff

v.

Defendant

Northern Illinois University

Case Number: 25-cv-02922

Judge: Charles P. Kocoras

Magistrate Judge:

I am requesting of the Court that the charges of Bill of Attainder and Retaliation with the inclusion of Damages totaling $700 Million to be added to the case, thank you.